Michael Mora - V26175
Unit #1 Davis Hall 113L
CCI, P.O. Box 107
Tehachapi, CA 93581

FILED
JUN 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
07 JUN 11 PM 2:18
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

C 07    3121
SBA

To: Thelton E. Henderson,
    Honorable Judge, (SDJ)

(PR)

    I am in a situation where I don't know where to look for help. I come before this Honorable Court, as I have been told, that the Honorable Thelton E. Henderson has jurisdiction over the Medical Department in the California Department of Corrections & Rehabilitation (CDC&R).

    The problem is that I have been trying to obtain adequate, effective, medical care and/or treatment here at California Correctional Institution (CCI) where the doctors here have sent me put on several occasions to be treated by Health Care Specialist. But, each time I return to the Institution from my appointments, the Chief Medical Officer, Harold Tate, MD, cancel the treatment diadnosed saying this treatment won't work in my situation.

    I have enclosed information in which I have sent to the United State Courthouse, in the Northern District of California for your viewing Sir. This problem is not only happening to myself, but many others and some with far more severe medical problems than mine.

    I am asking for myself, and the other patients here at California Correctional Institution (CCI) for thjs Honorable Court to take a look at whats happening here on a daily basis. THANK YOU FOR YOUR TIME.

                              Respectfully Submitted,
                              *Michael Mora* — Inmate (CCI)