Michael F. Mora
V26175-Unit-1-DH-113L
CCI, P.O. Box 107
Tehachapi, CA 93581

C-07-03121-SBA

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102



Attn: Clerk of the Court;

    I believe there is a mis-understanding as I may have put the wrong District in my letter. I filed my petition in the Eastern District of California, and was told by a Correctional Officer here at CCI that I should forward a copy of my petition to the Honorable Thelton E. Henderson, U.S. Magistrate who is overseeing the Medical Department for the California Department of Corrections & Rehabilitation (CDC&R). I did not intend to file the same petition in two separate Courts, for this I apologize. Could you please dismiss this petition in the Northern District, so I may only have it filed in the Eastern District.

Thank you.

Dated: 6-21-07

                                Respectfully Submitted,

                                Michael Fredric Mora/V26175
                                     Petitioner

JUL 12 2007

Entered on Civil Docket

AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

FILED
JUN 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**   District: Eastern

| | |
|---|---|
| Name: Michael Fredric Mora | Prisoner No.: CDC # V26175   Case No: C 07 3121 SBA (PR) |
| Place of Confinement: California Correctional Institution (CCI) | |

Name of Petitioner (include name under which convicted): MICHAEL FREDRIC MORA

Name of Respondent (authorized person having custody of petitioner): W.J. SULLIVAN, WARDEN, et.al. HAROLD TATE, MEDICAL DOCTOR, (CMO)

The Attorney General of the State of: CALIFORNIA; Jerry Brown

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Santa Barbara County Superior Court, Lompoc Division

2. Date of judgment of conviction: February 17, 2004

3. Length of sentence: Seven Years

4. Nature of offense involved (all counts): Petty w/a Prior, and a Prison Prior

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)   N/A
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

**ORIGINAL FILED**

JUN 08 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| **United States District Court** | District Eastern | |
|---|---|---|
| Name Michael Fredric Mora | Prisoner No. CDC # V26175 | |
| Place of Confinement California Correctional Institution (CCI) | 1: 07 CV 00830 OWW | |

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| MICHAEL FREDRIC MORA | v. W.J. SULLIVAN, WARDEN, et.al., HAROLD TATE, MEDICAL DOCTOR, (CMO) |

The Attorney General of the State of: CALIFORNIA; Jerry Brown

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  Santa Barbara County Superior Court, Lompoc Division

2. Date of judgment of conviction  February 17, 2004

3. Length of sentence  Seven Years

4. Nature of offense involved (all counts)  Petty w/a Prior, and a Prison Prior

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)  N/A
   (a) Jury  ☐
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

(2)

69-B

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____N/A_____

   (b) Result _____

   (c) Date of result and citation, if known _____

   (d) Grounds raised _____

   _____

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court _____

   (2) Result _____

   _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

   _____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result _____

   _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

   _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

(3)

69-5